COMMONWEALTH of Pennsylvania, Respondent

v.

Billae R. LEWIS, Petitioner

No. 73 EAL 2017

Supreme Court of Pennsylvania.

June 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**